AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>23-8219MB | Date and time warrant executed:<br>4/20/2023 10:30 am | Copy of warrant and inventory left with:<br>USPS |
| Inventory made in the presence of :<br>  Postal Inspectors James Keenan and Matt Murrow |||
| Inventory of the property taken and name of any person(s) seized:<br><br>9505 5118 0511 3108 6621 15<br><br>- White cardboard box<br>- Clear bubble wrap<br>- Bath towel<br>- 6 vacuum sealed plastic clear bags containing approximately 3,265 grams of M30 pills suspected to contain fentanyl |||

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   04/20/2023

Raymond Shepard
Digitally signed by Raymond Shepard
Date: 2023.04.20 15:08:42 -07'00'

*Executing officer's signature*

Raymond Shepard, Postal Inspector

*Printed name and title*